# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143454 & (43)

JAMES OEGEMA, as Conservator of
ELEANOR OEGEMA, a minor,
       Plaintiff-Appellant,

v

SC: 143454
COA: 298114
Ingham CC: 04-000280-FH

PATRICIA BELL, D.O. and ALLIANCE
OBSTETRICS AND GYNECOLOGY, P.C.,
       Defendant-Appellees,

and

EDWARD W. SPARROW HOSPITAL
ASSOCIATION,
       Defendant.
_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 9, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2011

_____
Clerk

d1012